**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **In re:** : | |
| : | |
| **Asim Mohiuddin** : | **Case No.: 19-31903** |
| : | **Chapter 13** |
| **Debtor.** : | **Judge Deborah L. Thorne** |
| : | * * * * * * * * * * * * * * * * * * * * |
| : | |

# NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN (DOCKET NO. 14)

Now comes U.S. Bank National Association ("Movant") by and through counsel, and hereby withdraws its Objection to Confirmation of Plan which was filed in this Court on December 11, 2019.

                                                        Respectfully submitted,

                                                        /s/ Todd J. Ruchman

Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Umair M. Malik (6304888)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Movant
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com

19-043202_CJP

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Withdrawal of Objection to Confirmation of Plan was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL  60604, courtdocs@chi13.com

David H Cutler, Attorney for  Asim Mohiuddin, Cutler & Associates, Ltd., 4131 Main St., Skokie, IL  60076, cutlerfilings@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on February 14, 2020:

Asim Mohiuddin and Munteano Passions Inc, 9214 Lavergne Ave, Skokie, IL  60077

/s/ Todd J. Ruchman

19-043202_CJP